IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

TODD ROBERT MAGGIO,

      Appellant,

v.

      Case No. 5D22-100
      LT Case No. 2020-CF-1101-A

STATE OF FLORIDA,

      Appellee.
_____/

Decision filed December 6, 2022

Appeal from the Circuit Court
for Citrus County,
Richard A. Howard, Judge.

Matthew J. Metz, Public Defender, and
Natalie R. Gossett, Assistant Public
Defender, Daytona Beach, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Rebecca Rock
McGuigan, Assistant Attorney General,
Daytona Beach, for Appellee.

PER CURIAM.

      AFFIRMED.


EVANDER, EISNAUGLE and HARRIS, JJ., concur.